IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NANCY WEVER, As Personal Representative of the Estate of Dennis Wever, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN COUNTY, NEBRASKA, et al.,<br><br>Defendants. | Case No. 7:02cv5016<br><br>**AMENDED PROGRESSION ORDER** |

Upon review of the parties' Joint Motion to Extend Deadlines (#72),

**IT IS ORDERED:**

1. The motions for summary judgment or motions to dismiss shall be filed on or before **June 10, 2005.**

2. The June 9, 2005 telephonic conference with the undersigned magistrate judge is cancelled.

3. The final pretrial conference with Magistrate Judge Thomas Thalken is set for **July 19, 2005 at 2:30 P.M.,** in the U.S. Post Office and Federal Building, 300 E. 3d Street, North Platte, Nebraska. The final pretrial conference shall be attended by lead counsel for represented parties. Counsel shall complete prior to the pretrial conference, all items as directed in NeCivR 16.2. By the time of the pretrial conference, full preparation for trial shall have been made so that trial may begin at any time during the session indicated below.

4. A **Jury Trial** is set to commence **at 8:30 A.M. on August 2, 2005,** in North Platte, Nebraska, before the **Honorable Laurie Smith Camp.**

5.  The provisions of the Initial Progression Order (#21) filed November 22, 2002 and the Amended Order (#71) filed January 7, 2005, insofar as they do not conflict with this order, shall remain in effect.

Dated this 20th day of April 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge