# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NANCY WEVER, as Personal Representative, of the Estate of Dennis Wever, Deceased | ) ) ) ) | |
| Plaintiff, | ) ) | 7:02CV5016 |
| vs. | ) ) | PROTECTIVE ORDER |
| LINCOLN COUNTY NEBRASKA, JAMES CARMAN, Individually and as LINCOLN County Sheriff, | ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court on the joint stipulation of the parties (Filing No. 75). The court, being fully informed, orders:

1. Defendant Lincoln County, Nebraska will produce to the Plaintiff all documents in the defendant's possession regarding prior jail suicides, except for those documents which are protected by the work-product privilege or the attorney/client privilege.

2. When the documents are so produced no party shall otherwise photocopy, make notes from or reproduce in any manner the documents without further order from the court, except such photocopies as may be necessary to be offered in evidence at trial.

3. The documents produced by Defendants and any of their contents shall not be disseminated to any third parties nor shall any counsel allow any client or third person to read the documents, except that any expert presently designated or who may be designated in the future may read the documents in preparation for the giving of sworn testimony.

The designated experts, however, shall be subject to all the terms and conditions of this Protective Order and shall not photocopy, make notes from or in any manner reproduce the documents. Neither shall the designated experts discuss the contents of the documents except during the course of their sworn testimony in this matter, nor shall they in any fashion disseminate the contents of the documents as discussed herein. Any use of the documents not specifically provided for in this Protective Order is prohibited without further order of the court.

4. The documents produced shall at all times remain confidential, and be retained by counsel in such a manner that they cannot be viewed by third persons not previously designated in the paragraphs above, and upon the conclusion of this litigation, any copies of the documents shall be returned to counsel for Defendants.

5. Specific restriction on use of the documents at trial shall be raised by motion at the time of trial.

**DATED May 18, 2005.**

                                      **BY THE COURT:**

                                      s/ F.A. Gossett
                                      **United States Magistrate Judge**