# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NANCY WEVER as Personal Representative of the Estate of DENNIS WEVER, Deceased,** | **CASE NO. 7:02CV5016** |
| **Plaintiff,** | |
| vs. | **ORDER OF DISMISSAL** |
| **LINCOLN COUNTY, NEBRASKA, JAMES CARMAN, individually and in his capacity as Lincoln County Sheriff; MARTIN GUTSCHENRITTER, in his capacity as North Platte Chief of Police; CITY OF NORTH PLATTE, and JOHN DOES 11-20.** | |
| **Defendants.** | |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice (Filing No. 77). The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court concludes that it should be approved. Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal with Prejudice (Filing No. 77) is approved, and the relief requested therein is granted;

2. All remaining claims in this action are dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees unless otherwise agreed by and between them.

DATED this 24th day of May, 2005.

BY THE COURT

s/Laurie Smith Camp
United States District Judge