# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NANCY WEVER, | ) | |
| Plaintiff, | ) | 7:02CV5016 |
| v. | ) | |
| LINCOLN COUNTY NEBRASKA, JAMES CARMAN, and JOHN DOES 11-20, | ) | ORDER |
| Defendants. | ) | |

The parties request an extension of time to June 24, 2005 to file motions for summary judgment (#80), which would allow them to effectively pursue settlement negotiations. For good cause shown, and upon consultation with Judge Smith Camp's office, I find that the motion should be granted.

**IT IS ORDERED** that the parties' Stipulation and Joint Motion (#80) is granted as to the extension of time to June 24, 2005 to file motions for summary judgment. The request for oral argument is denied as moot.

**DATED June 3, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**