## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NANCY WEVER as Personal Representative of the Estate of DENNIS WEVER, Deceased,             Plaintiff,     vs. LINCOLN COUNTY, NEBRASKA, and JAMES CARMAN, individually and in his capacity as Lincoln County Sheriff,             Defendants. | CASE NO. 7:02CV5016      ORDER OF DISMISSAL |

This matter is before the Court on the parties' Stipulation and Joint Motion for Dismissal (Filing No. 84). The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1. The Stipulation and Joint Motion for Dismissal (Filing No. 84) is granted;

2. The Complaint, and all claims in this matter, are dismissed with prejudice; and

3. The parties will pay their own costs and attorney's fees.

DATED this 3rd day of August, 2005.

BY THE COURT

s/Laurie Smith Camp
United States District Judge